IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

            Plaintiff,                        No. CIV S-11-0443 KJM-DAD

        vs.

DPMK CORP. et al.,

            Defendants.                <u>ORDER TO SHOW CAUSE</u>

_____/

        The court's order setting the status (pretrial scheduling) conference in this case instructs parties to submit a joint status report at least seven (7) days prior to the status conference. (ECF 4.) While plaintiff has filed a joint status report, it appears to be for another of his cases: Johnson v. Friederici, Case No. 2:11-cv-1561. (ECF 15.) Plaintiff is ORDERED, within seven (7) days of the entry of this order, to show cause why he should not be sanctioned for yet again burdening the court, with possible sanctions including dismissal of this case.[1] Pending petitioner's response to this order, the October 19, 2011 status conference is hereby RESET to November 2, 2011, with the required joint status report due by October 26, 2011.

        IT IS SO ORDERED.

DATED:  October 17, 2011.

_____
UNITED STATES DISTRICT JUDGE

_____

[1] On August 3, 2011, this court held a hearing in separate cases brought by plaintiff, during which the court voiced its concerns regarding plaintiff's handling of his many cases before this court. Although plaintiff assured the court he had addressed the court's concerns, this latest filing suggests systemic problems in plaintiff's case management practices continue.