IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

    Plaintiff,                              No. CIV S-11-0443 KJM-DAD

    vs.

DPMK CORP.; et al.,

    Defendant.                            <u>ORDER</u>

_____/

          The court issued an order to show cause on October 17, 2011 due to plaintiff's failure to file a status report for the above-captioned case. (ECF 16.) On October 18, 2011, plaintiff filed the required status report (ECF 17), and on October 24, 2011, a response to the order to show cause. (ECF 18.) While the court is not entirely satisfied with plaintiff's explanation, which suggests there are ongoing systemic problems in plaintiff's case management practices with resulting burdens on the court, the court acknowledges the filing of the correct status report and the recent notice of settlement filed by the parties in the case. Accordingly, the order to show cause is DISCHARGED.

          IT IS SO ORDERED.

DATED: November 23, 2011.

                                                        UNITED STATES DISTRICT JUDGE